CARLTON, J., DISSENTING:
 

 ¶ 16. I respectfully dissent. I would affirm the conviction, finding that the record contains sufficient evidence to support the jury verdict and conviction.
 
 [1]
 
 I would, however, remand for resentencing because I agree that the sentence imposed exceeds the statutory maximum.
 

 LEE, C.J., JOINS THIS OPINION.
 

 See
 

 Johnson v. State
 
 ,
 
 235 So.3d 1404
 
 , 1410 (¶ 12) (Miss. 2017) (In reviewing a challenge to the sufficiency of the evidence we determine "whether, after viewing the evidence in the light most favorable to the prosecution, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt.... The State is given the benefit of all reasonable inferences that may be drawn from the evidence." (internal quotation marks and citations omitted) ).